**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1439**

_____

VIVEK PISAL,

                  Plaintiff - Appellant,

      v.

K12, INC.,

                  Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:21-cv-00506-RDA-JFA)

_____

Submitted:  August 18, 2022                    Decided:  August 22, 2022

_____

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Vivek Pisal, Appellant Pro Se.  Crystal L. Tyler, JACKSON LEWIS PC, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vivek Pisal appeals the district court's order dismissing his complaint pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 to 12213, as untimely. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Pisal v. K12, Inc.*, No. 1:21-cv-00506-RDA-JFA (E.D. Va. Mar. 23, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*